Kelly Albright (State Bar No. 317923)
kalbright@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:    (949) 851-3939
Facsimile:     (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

JARRETT S. CHARO
JARRETT CHARO, APC
4079 Governor Dr., #1018
San Diego, CA 92122
Telephone: (619) 350-3334
Jcharo@charolaw.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW SMITH,<br><br>                   Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                   Defendant. | Case No. 3:21-cv-04755-VC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Complaint filed:  June 22, 2021 |

1    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their
2    respective counsel, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,
3    the action as to Defendant Experian Information Solutions, Inc. shall be, and is hereby, dismissed
4    with prejudice with the parties bearing their own respective costs and attorneys' fees.

6    DATED:  February 16, 2022            **JARRETT CHARO, APC**

                                          /s/ *Jarrett S. Charo*
9                                         JARRETT S. CHARO

10                                        Attorneys for Plaintiff
                                          ANDREW SMITH

14   DATED: February 16, 2022             **JONES DAY**

                                          By:   /s/ *Kelly. Albright*
16                                              KELLY ALBRIGHT

17                                        Attorneys for Defendant
                                          EXPERIAN INFORMATION SOLUTIONS, INC.

---

STIPULATION OF DISMISSAL
-2-

NAI-1526763243v1

# CERTIFICATE OF SERVICE

I, Kelly Albright, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On February 16, 2022, I served a copy of the **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am familiar with the United States District Court for the Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Jarrett S. Charo
Jarrett Charo, APC
4079 Governor Dr., No. 1018
San Diego, CA  92122
T:  (619) 350-3334
Email:  jcharo@charolaw.com
*Attorneys for Plaintiff*

Executed on February 16, 2022, at Irvine, California.

*/s/ Kelly Albright*
Kelly Albright